## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **STINA SHIPPING, LTD and HOLY HOUSE SHIPPING AB,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Case No: CV-12-00068-KD-M** |
| **MILLARD REFRIGERATED SERVICES, INC.,** | ) ) | |
| **Defendant.** | ) ) | |

### STIPULATION OF DISMISSAL

COME NOW Plaintiffs Stina Shipping, Ltd and Holy House Shipping AB, and Defendant Millard Refrigerated Services, Inc., by and through their undersigned and respective counsel of record, and file this Stipulation of Dismissal. The parties show the Court that they have resolved all disputes between them and the matter should be dismissed, with prejudice. Fed.R.Civ.P. 41(a)(1)(A)(ii).  Each party will bear its own costs (if any) associated herewith.

Done this 29th day of November, 2012.

Respectfully submitted,

_s/A. Grady Williams, IV_____
ALLEN E. "Teeto" GRAHAM (GRAHA3109)
A. GRADY "Bo" WILLIAMS, IV (WILLA1951)
Attorneys for Plaintiffs Stina Shipping, Ltd. and Holy
House Shipping AB

**OF COUNSEL:**
Phelps Dunbar LLP
2 N. Royal Street
Mobile, AL 36602
Telephone: (251) 432-4481
Fax:        (251) 433-1820
Email: teeto.graham@phelps.com
Email: bo.williams@phelps.com

1551735 v1

*s/Kevin J. LaVie*
KEVIN J. LAVIE          (Pro Hac)
Attorney for Plaintiffs Stina Shipping, Ltd. and Holy House Shipping AB

**OF COUNSEL:**
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone:  504-584-9211
Fax:          504-568-9130
Email:  laviek@phelps.com


*s/John P. Kavanagh, Jr.*
JOHN P. KAVANAGH (KAVAJ1011)
KASEE SPARKS HEISTERHAGEN (SPARK7253)
Attorneys for Defendant, Millard
Refrigerated Services, Inc.

**OF COUNSEL:**
Burr & Forman LLP
P. O. Box 2287
Mobile, Alabama 36652
Telephone:  251-344-5151
Fax:          251-344-9696
Email:  john.kavanagh@burr.com
Email:  kasee.sparks@burr.com

1551735 v1

2